[No. 69047-7-I.   Division One.   July 29, 2013.]

*In the Matter of the Marriage of* MICHAEL F. MORGAN, *Appellant,* and COLLEEN MORGAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 09-3-08181-0, Patrick H. Oishi, J., entered March 20, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Spearman, A.C.J., and Appelwick, J.

[Nos. 69212-7-I; 69213-5-I.   Division One.   July 29, 2013.]

*In the Matter of the Dependency of* A.U.N.H. ET AL.

CAREY ALLEN HAYES, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 12-7-00109-8, Kimberley Prochnau, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.

[No. 69447-2-I.   Division One.  ˙ July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent,* v. V.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 12-8-01032-5, J. Wesley Saint Clair, J., entered October 16, 2012. *Affirmed* by unpublished per curiam opinion.

[No. 69510-0-I.   Division One.   July 29, 2013.]

*In the Matter of the Detention of* RANDY TOLLEFSEN.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40592-9, Julie A. Spector, J., entered September 28, 2012. *Reversed* and *remanded* by unpublished per curiam opinion.